AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America v.<br><br>Farbod Azari (AKA: Farbod 'Francis' Azari)<br><br>_Defendant_ | ) Case: 1:23-mj-00012<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/13/2023<br>) Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     __Farbod Azari__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers) ,
   18 U.S.C. § 111(b)(1) (Assaulting, Resisting, or Impeding Certain Officers with a Deadly or Dangerous Weapon) ,
   18 U.S.C. § 231(a)(3) (Civil Disorder)
   18 U.S.C. § 1361 (Destruction of Government Property)
   18 U.S.C. § 1751(a)(1) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon),
   18 U.S.C. § 1751(b)(1)(A)  (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon) ,
   18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon).
   18 U.S.C. § 1752(b)(1) (A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
   18 U.S.C. § 1752(a)(4) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
   18 U.S.C. § 1752(b)(1)(A) (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon)
   40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Building )

Date: __01/13/2023__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.01.13 12:07:13 -05'00'
_Issuing officer's signature_

City and state:     __Washington, D.C.__     __G. Michael Harvey, U.S. Magistrate Judge__
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

**Return**

This warrant was received on *(date)* 1/13/23, and the person was arrested on *(date)* 1/18/23 at *(city and state)* Henrico, Virginia.

Date: 1/18/23

*Arresting officer's signature*

David Crisp / Special Agent
*Printed name and title*