**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>Farbod Francis Azari | CASE NO: 1:23-mj-00012 |

**<u>ORDER</u>**

Upon consideration of Defendant's Unopposed Motion to Modify Curfew, it is the __22nd__ day of __March, 2023__.

Ordered that:

That the Defendant's Curfew is changed from 9 pm – 6 am to 11 pm to 6 am. All other conditions shall remain.

Magistrate Judge Zia M. Faruqui